ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     Katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 00-CR-00191-EXE-1 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| PETER CHUNG WONG, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Peter Chung Wong and moves that the Court quash the bench warrant issued on September 5, 2003, for Peter Chung Wong.

DATED: November 20, 2024          Respectfully submitted,

                                   ISMAIL J. RAMSEY
                                   United States Attorney

                                 */s/ Martha Boersch*
                                   MARTHA BOERSCH
                                   Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Peter Chung Wong.  It is further ordered that the bench warrant issued in this case on September 5, 2003, is quashed.

Date: _____

_____
HON. JON S. TIGAR
United States District Judge

NOTICE OF DISMISSAL
No. CR 00-00191-EXE-1_____
        v. 8/4/2021